UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV353**

| | |
|---|---|
| WATER OUT DRYING CORP., )  | |
|         Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| ROSS ALLEN, ) | |
| *et al,* ) | |
|         Defendants. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **May 7, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: October 19, 2006

Graham C. Mullen
United States District Judge