IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV353-MU

| | |
|---|---|
| WATER OUT DRYING CORP., ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> ROSS ALLEN and WATER OUT FLASHING, ) </br> ) </br> Defendants. ) </br> _____) | ORDER |

This matter is before the court upon Defendant's "Motion to Require Plaintiff to Pay for Legal Counsel for Defendant." This is a civil case. No authority exists for this court to require the Plaintiff to pay the legal bills of the Defendant. Accordingly,

IT IS THEREFORE ORDERED that Defendant's motion is hereby DENIED.

Signed: January 29, 2007

Graham C. Mullen
United States District Judge