UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV353**

| | |
|---|---|
| WATER OUT DRYING CORP., ) | |
|     Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| ROSS ALLEN, et al ) | |
|     Defendants. ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **July 9, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: March 22, 2007

Graham C. Mullen
United States District Judge