UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV353**

| | |
|---|---|
| WATER OUT DRYING CORP., )<br>        Plaintiff, )<br>v. )<br>)<br>ROSS ALLEN, )<br>        Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **August 6, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: April 17, 2007

Graham C. Mullen
United States District Judge