UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-353-GCM

| | |
|---|---|
| WATER OUT DRYING CORP., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| WATER OUT FLASHING, *et al*, ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on its own motion. The trial originally set for November 5, 2007, is hereby re-scheduled for **Tuesday, November 13, 2007, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 4, 2007

Graham C. Mullen
United States District Judge