IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV353-MU

| | |
|---|---|
| WATER OUT DRYING CORP., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROSS ALLEN and WATER OUT )<br>FLASHING, )<br>)<br>Defendants. )<br>_____) | ORDER |

This matter is before the court upon Plaintiff's Affidavit of Fees and Costs Associated with Plaintiff's Motion for Contempt and Sanctions, filed September 25, 2007. The court has reviewed the Affidavit and hereby awards the Plaintiff attorney's fees in the amount of $4122.00 and costs in the amount of $18.47 in connection with the preparation and filing of Plaintiff's Motion for Contempt and Sanctions.

IT IS SO ORDERED.

Signed: October 16, 2007

Graham C. Mullen
United States District Judge